# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 0 5 2019

December 4, 2019

VIA CM/ECF
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, New York 10007

SO ORDERED
The December 12, 2019 conference is adjourned to January 23, 2020 at 9:30 a.m.
HON. GEORGE B. DANIELS

Re:   Girotto v. PAAM Group Inc., d/b/a Nirvana Restaurant, et al.
      Case 1:19-cv-06458-GBD

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for December 12, 2019 at 9:30 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up correspondence via Federal Express with a copy of the Summons and Complaint to the subject facility location, and likewise to the corporate address in order to facilitate contact from defendants.

As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in early January, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this second adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW 9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com