# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 1 2020

January 16, 2020

**SO ORDERED**

The January 23, 2020 conference is adjourned to March 5, 2020 at 9:30 a.m.

HON. GEORGE B. DANIELS

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, New York 10007

      **Re:   Girotto v. PAAM Group Inc., d/b/a Nirvana Restaurant, et al.**
            **Case 1:19-cv-06458-GBD**

Dear Judge Daniels:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Initial Pretrial Conference in this matter is currently scheduled for January 23, 2019 at 9:30 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up correspondence via Federal Express with a copy of the Summons and Complaint to the corporate addresses in order to facilitate contact from defendants.

    As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in late February, or any other date most convenient to this Honorable Court.

    Thank you for your consideration of this third adjournment request.

                                    Sincerely,

                                    By: /S/ B. Bradley Weitz
                                         B. Bradley Weitz, Esq. (BW 9365)
                                         THE WEITZ LAW FIRM, P.A.
                                         Attorney for Plaintiff
                                         Bank of America Building
                                         18305 Biscayne Blvd., Suite 214
                                         Aventura, Florida 33160
                                         Telephone: (305) 949-7777
                                         Facsimile: (305) 704-3877
                                         Email: bbw@weitzfirm.com