# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 8 2020

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 27, 2020

**SO ORDERED**

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, New York 10007

The March 5, 2020 conference is adjourned to April 16, 2020 at 9:30 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: **Girotto v. PAAM Group Inc., d/b/a Nirvana Restaurant, et al.**
Case 1:19-cv-06458-GBD

Dear Judge Daniels:

The undersigned represents the Plaintiff in the above-captioned matter.

The Initial Pretrial Conference in this matter is currently scheduled for March 5, 2020 at 9:30 a.m., in Your Honor's Courtroom. Unfortunately, none of the Defendants have yet to appear and/or answer in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional efforts including follow-up correspondence via Courier servicer with a copy of the Summons and Complaint to the corporate addresses in order to facilitate contact from defendants.

As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date in late March or early April, or any other date most convenient to this Honorable Court.

Thank you for your consideration of this fourth adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
 B. Bradley Weitz, Esq. (BW 9365)
 THE WEITZ LAW FIRM, P.A.
 Attorney for Plaintiff
 Bank of America Building
 18305 Biscayne Blvd., Suite 214
 Aventura, Florida 33160
 Telephone: (305) 949-7777
 Facsimile: (305) 704-3877
 Email: bbw@weitzfirm.com