# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160



April 17, 2020

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, New York 10007

    **Re: Girotto v. PAAM Group Inc., d/b/a Nirvana Restaurant, et al.**
      **Case 1:19-cv-06458-GBD**

Dear Judge Daniels:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

  Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any potential Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020.

  At this time, Defendants have still not appeared in this matter. The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

                Sincerely,

                By: /S/ B. Bradley Weitz
**SO ORDERED:**          B. Bradley Weitz, Esq. (BW 9365)
*George B. Daniel*       THE WEITZ LAW FIRM, P.A.
George B. Daniels, U.S.D.J.    18305 Biscayne Blvd., Suite 214
               Aventura, Florida 33160
Dated: APR 2 0 2020     Tel.: (305) 949-7777
               Fax: (305) 704-3877
               Email: bbw@weitzfirm.com