# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 4, 2021

**VIA CM/ECF**
Honorable Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 11A
New York, New York 10007

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: FEB 09 2021]*

*[Handwritten: The February 11, 2021 conference is Adjourned to April 15, 2021 at 9:30 a.m. SO ORDERED /s/ George B. Daniels HON. GEORGE B. DANIELS]*

        Re:    Girotto v. PAAM Group Inc., d/b/a Nirvana Restaurant, et al.
              Case 1:19-cv-06458-GBD

Dear Judge Daniels:

    The undersigned represents the Plaintiff in the above-captioned matter.

    The Initial Pretrial Conference in this matter is currently scheduled for February 11, 2021 at 9:30 a.m., in Your Honor's Courtroom. At this time, the Defendants have yet to appear and/or answer the Complaint in this matter, though properly served [D.E. 8 & D.E. 9]. The undersigned counsel has undertaken additional very recent efforts to contact Defendants via Courier service, and Federal Express a few days prior to that, remitting a copy of the Summons and Complaint to the subject facility and corporate addresses in order to precipitate contact from Defendants.

    Also, to assure we have correct Defendant information, Plaintiff's counsel will expedite a title search or private investigations into the property owner names and corporate names. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a sixty (60) day adjournment of next week's Conference to a date in April, most convenient to this Honorable Court.

    Thank you for your consideration of this fifth adjournment request.

                              Sincerely,

                              By: /S/ B. Bradley Weitz
                                  B. Bradley Weitz, Esq. (BW 9365)
                                  THE WEITZ LAW FIRM, P.A.
                                  Attorney for Plaintiff
                                  Bank of America Building
                                  18305 Biscayne Blvd., Suite 214
                                  Aventura, Florida 33160
                                  Telephone: (305) 949-7777
                                  Facsimile: (305) 704-3877
                                  Email: bbw@weitzfirm.com