**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

LUIGI GIROTTO,

                Plaintiff,

  -against-

PAAM GROUP INC., *a New York corporation d/b/a*
NIRVANA RESTAURANT; 346 DAVA LCC, *a*
*New York limited liability company*,

                Defendants.

------------------------------------- X

ORDER

19 Civ. 6458 (GBD)

GEORGE B. DANIELS, District Judge:

The July 15, 2021 initial conference is cancelled. Despite this case being filed in July 2019, Defendants have yet to appear. Plaintiff shall move for entry of default judgment within thirty (30) days of this order. Failure to do so will result in this case being closed.

Dated: June 23, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE