UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

LUIGI GIROTTO,

                      Plaintiff,

    -against-

PAAM GROUP INC., *a New York corporation d/b/a*
NIRVANA RESTAURANT; 346 DAVA LCC, *a*
*New York limited liability company*,

                      Defendants.

------------------------------------ X

ORDER

19 Civ. 6458 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is respectfully ORDERED to close the above-captioned action.

Dated: March 23, 2023
          New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE